E. ELLSWORTH NILES, Respondent, *v.* HENRY B. SIRE et al., Appellants.

*Niles* v. *Sire,* 108 App. Div. 366, affirmed.
(Argued October 23, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 2, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover a balance alleged to be due for goods sold and delivered. ·

*Franklin Bien* for appellants.

*C. De Witt Rogers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.